# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR384 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WILLIE C. GUNTER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 143) because of the amendments to the U.S. Sentencing Guidelines due to take effect on November 1, 2007.

The motion is denied. However, the Court advises counsel that the issue relating to the guideline amendments will be discussed at sentencing in the context of a motion for downward departure or deviation.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 143) is denied.

DATED this 14th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge